IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| HUBERT GLENN RASCHKE, <br> TDCJ No. 1476373, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil No. 7:13-CV-148-O-KA |
| WILLIAM STEPHENS, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

ORDER ACCEPTING THE FINDINGS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Findings and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is DENIED.

SO ORDERED this 6th day of October, 2014.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**